**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE NO.: ____________________

DARRYL A. VACHON,

Plaintiff,

v.

THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY,

Defendant.
_________________________________/

**NOTICE OF REMOVAL OF CIVIL ACTION**

Pursuant to United States Code title 28, sections 1332, 1441(b), and 1446, Defendant, The Travelers Home and Marine Insurance Company ("Travelers"), files this notice of removal of this action from the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida to the United States District Court for the Middle District of Florida, Tampa-Division, and states:

1. Removed case. On April 27, 2020, the Circuit Court entered the attached: (1) Order on Plaintiff's Amended Motion for Leave to Amend Complaint and to Abate; and (2) Final Judgment.

2. Jurisdiction. This Court has jurisdiction of "all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332(a). The amount in controversy requirement is satisfied because the Amended Complaint seeks damages for insurance bad faith, and the Final Judgment establishes said damages at $852,791.80. *See* Final Judgment at ¶ 2. Diversity jurisdiction exists here because Defendant, Travelers Home and Marine Insurance Company is a

citizen of Connecticut, and Plaintiff, Darryl Vachon, is a citizen of Florida. *See* Amended Complaint at ¶¶ 2-3.

3. Attachment of State Court documents. Since Travelers is removing a bad faith action which only accrued and was filed after entry of Final Judgment, true and correct copies of the: (1) Plaintiff's Amended Motion for Leave to Amend Complaint and to Abate; (2) Order on Plaintiff's Amended Motion for Leave to Amend Complaint and to Abate; (3) Final Judgment; and (4) Amended Complaint, are attached. *See* 28 U.S.C. § 1446(a).

4. Timeliness of removal notice. The Circuit Court granted leave to amend and entered the Final Judgment establishing damages in excess of the jurisdictional threshold on April 27, 2020. Removal of this action is therefore timely under section 1446(b)(3) because it was made within thirty days of service of the amended pleading.

5. Notice Given to the State Court. Pursuant to section 1446(d), written notice of the removal of this action has been given to Plaintiff and to the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida.

**WHEREFORE**, this civil action is hereby removed to the United States District Court for the Southern District of Florida.

Respectfully submitted,

/s/ Jack R. Reiter
Jack R. Reiter, Esq.
Florida Bar No.: 0028304
jack.reiter@gray-robinson.com
GrayRobinson, P.A.
333 SE Second Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887
*Co-counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Removal of Civil Action was filed with the Clerk of Court using the CM/ECF system this 26th day of May 2020, which will serve a copy on all counsel of record as reflected below.

/s/ Jack R. Reiter

**SERVICE LIST**

K. C. Bouchillon, Esq.
Saunders Law Group
P.O. Box 1279
Bartow, Florida 33831
Telephone: (863) 533-6200
Facsimile: (863) 533-5800
kc@saunders-law.com
christie@saunders-law.com

*Counsel for Plaintiff*

Scott B. Albee, Esq.
Marquiche Steadman, Esq.
Fulmer Leroy & Albee, PLLC
5544 Central Avenue
St. Petersburg, Florida 33707
Telephone: (727) 217-2500
Facsimile: (727) 217-2501
salbee@fulmerleroy.com
msteadman@fulmerleroy.com
eservicetpa@fulerleroy.com

*Co-counsel for Defendant*