IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

DARRYL A. VACHON,

    Plaintiff,

vs.                                                                   CASE NO.:  2013-CA-003570
                                                                      DIVISION:  J

THE TRAVELERS HOME AND
MARINE INSURANCE COMPANY,

    Defendant.
_____/

## **FINAL JUDGMENT**

Pursuant to the Verdict rendered in this action on January 31, 2020,

IT IS ADJUDGED:

1.    That Plaintiff, DARRYL A. VACHON, 4634 Musket Drive, Lakeland, FL 33810, recover from Defendant, THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, the sum of TWENTY-FIVE THOUSAND AND 00/100 DOLLARS ($25,000.00), that shall bear interest pursuant to §55.03, *Fla. Stat*., for which let execution issue, notwithstanding the excess jury verdict rendered in this matter.

2.    The Court reserves jurisdiction to determine the Plaintiff's right to amend his Complaint to seek and litigate bad faith damages from the Defendant as a result of such jury verdict in excess of policy limits.  If the Plaintiff should ultimately prevail in his action for bad faith damages against Defendant, then the Plaintiff will be entitled to a judgment, in accordance with the jury's verdict, for his damages in the amount of EIGHT HUNDRED FIFTY-TWO THOUSAND SEVEN HUNDRED NINETY-ONE AND 80/100 DOLLARS ($852,791.80) plus interest, fees and costs, and all other damages available pursuant to §§624.155, 627.727(10), and 627.428, *Fla. Stat*., and any other applicable statute.

<u>Vachon v. Travelers</u>, Case No.: 2013-CA-003570
Final Judgment
Page 2 of 2
-------------------------------------------------------------

       3.      The Court hereby also reserves jurisdiction to consider any applicable attorney's fees and costs incurred in the Plaintiff's prosecution of this action for the purpose of entering a supplemental judgment in favor of the Plaintiff upon proper motion.

       DONE AND ORDERED in Chambers at Tampa, Hillsborough County, Florida this _____ day of _____, 2020.

Electronically Conformed 4/27/2020
Rex Barbas
_____
REX M. BARBAS
Circuit Court Judge

Copies furnished to:
K.C. Bouchillon, Esquire
Scott B. Albee, Esquire
Marquiche Steadman, Esquire
Jack R. Reiter, Esquire
Jordan Kosches, Esquire